# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2013

## NO. 03-12-00661-CV

**Noel D. Ischy, Appellant**

**v.**

**M.P. McCammon; McCammon Oil & Gas, Inc.; Nosivad Oil, Inc.; Van Davison; Dawn Davison; Tejon Exploration; Doralex Energy, Inc.; Mansefeldt Investment Corp.; Fred Harendt; Debbie Harendt; Leffel's Inc.; William R. Guffey; Jimmy Davison; Annette Davison; Topaz Exploration Company; Phillip W. Davison; Becky Davison; Tonopah Energy, L.L.C.; O.H.B., Inc.; Eileen Pratt; Dustin Pratt, J.W. King; and George Alexander, Appellees**

---

### APPEAL FROM 119TH DISTRICT COURT OF CONCHO COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE FIELD

---

**THIS DAY** came on to be submitted to this Court the parties' agreed motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted:  **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed.  It is **FURTHER** ordered that each party shall pay the costs of appeal incurred by that party, both in this Court and the court below; and that this decision be certified below for observance.